1   JAMES R. PAGLIERO, ESQ. - #095898
    PAGLIERO & ASSOCIATES
2   A Professional Corporation
    5701 Marconi Avenue
3   Carmichael, CA 95608
    (916) 481-7100 Fax: (916) 481-7101
4
    Attorneys for defendant
5   Van Eeghen International B.V.

6

7                   UNITED STATES DISTRICT COURT

8                 EASTERN DISTRICT OF CALIFORNIA

9                      SACRAMENTO DIVISION

10

11  INTERNATIONAL FLAVORS &          ) No. 2:06-01565-DFL-KJM
    FRAGRANCES, INC.,                )
12                                   ) **STIPULATION EXTENDING TIME FOR**
                                     ) **DEFENDANT VAN EEGHEN**
            Plaintiff,               ) **INTERNATIONAL BV, INC. TO**
13                                   ) **RESPOND TO THE COMPLAINT;**
        v.                           ) **ORDER THEREON**
14                                   )
    VAN EEGHEN INTERNATIONAL B.V., )
15  INC., et al.                     )
                                     )
16          Defendants.              )
    _____)
17

18      The undersigned, on behalf of their respective clients, hereby

19  stipulate that the time within which defendant Van Eeghen

20  International BV, Inc., can respond to the complaint is extended

21  to September 19, 2006.

22  DATED: Setember 15, 2006    PITNEY HARDIN, LLP

23
                            By:  /s/ Robert G. Rose
24                               ROBERT G. ROSE

25  DATED: September 15, 2006    FELICE, BROWN, EASSA & McLEOD, LLP

26
                            By:  /s/Robert D. Eassa
27                               ROBERT D. EASSA

28

                                   1
    _____
    *STIPULATION RE APPEARANCE BY DEFENDANT VAN EEGHEN AND ORDER*      2:06-CV-01565-DFL-KJM

1    DATED: September 13, 2006       PAGLIERO & ASSOCIATES
                                     A Professional Corporation
2

3                          By:   /s/ James R. Pagliero
                                 JAMES R. PAGLIERO
4

5

6                              **ORDER**

7        IT IS SO ORDERED.

8    DATED: _September 22, 2006_____

9                                 _____
                                  /s/ David F. Levi
                                  JUDGE DAVID F. LEVI
10                                UNITED STATES DISTRICT COURT
                                  EASTERN DISTRICT OF CALIFORNIA
11

12

13

14

15

16
     G:\DOCS\LEV\3. Signed Orders to be Processed\06cv1565.o.922.wpd
17   #4

18

19

20

21

22

23

24

25

26

27

28

*STIPULATION RE APPEARANCE BY DEFENDANT VAN EEGHEN AND ORDER*       2:06-CV-01565-DFL-KJM