```
JAMES R. PAGLIERO, ESQ. - #095898
PAGLIERO & ASSOCIATES
A Professional Corporation
5701 Marconi Avenue
Carmichael, CA 95608
(916) 481-7100  Fax: (916) 481-7101

Attorneys for defendant
Van Eeghen International B.V.
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| INTERNATIONAL FLAVORS & FRAGRANCES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>VAN EEGHEN INTERNATIONAL B.V., INC., et al.<br><br>    Defendants. | No. 2:06-01565-DFL-KJM<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT VAN EEGHEN INTERNATIONAL BV, INC. TO RESPOND TO THE CROSS-COMPLAINT OF DEFRANCESO & SONS, INC.; ORDER THEREON** |

The undersigned, on behalf of their respective clients, hereby stipulate that the time within which defendant Van Eeghen International BV, Inc., has to respond to the cross-claim (captioned cross-complaint) of DeFrancesco & Sons, Inc., is extended to and including December 31, 2006.

DATED: 11-21-06                 /s/ANTHONY L. CANNON
                                _____
                                ANTHONY L. CANNON
                                Attorneys for defendant and cross-claimant DeFranceso & Sons, Inc.

DATED: 11-17-06                 PAGLIERO & ASSOCIATES
                                A Professional Corporation
                                /s/JAMES R. PAGLIERO
                          By:   _____
                                JAMES R. PAGLIERO
                                Attorneys for defendant and cross-defendant Van Eeghen International

1

*STIPULATION RE CROSS-CLAIM OF DEFRANCESCO & SONS, INC; ORDER*                2:06-CV-01565-DFL-KJM

**ORDER**

IT IS SO ORDERED.

DATED: November 28, 2006

/s/ David F. Levi
JUDGE DAVID F. LEVI
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

G:\DOCS\LEV\3. Signed Orders to be Processed\06cv1565.o.1128.wpd
#4

2

*STIPULATION RE CROSS-CLAIM OF DEFRANCESCO & SONS, INC; ORDER*                    2:06-CV-01565-DFL-KJM