```
 1  JAMES R. PAGLIERO, ESQ. - #095898
    CANDACE M. PAGLIERO, ESQ. - #167530
 2  PAGLIERO & ASSOCIATES
    A Professional Corporation
 3  5701 Marconi Avenue
    Carmichael, CA 95608
 4  (916) 481-7100 Fax: (916) 481-7101

 5  Attorneys for defendant
    Van Eeghen International B.V.
 6

 7

 8                 UNITED STATES DISTRICT COURT

 9                 EASTERN DISTRICT OF CALIFORNIA

10                       SACRAMENTO DIVISION

11

12  INTERNATIONAL FLAVORS &      ) No. 2:06-01565-RRB-KJM
    FRAGRANCES, INC.,            )
13                               ) STIPULATION EXTENDING TIME FOR
              Plaintiff,         ) DEFENDANT VAN EEGHEN
14                               ) INTERNATIONAL BV, INC. TO
         v.                      ) RESPOND TO THE AMENDED
15                               ) COMPLAINT; ORDER THEREON
    VAN EEGHEN INTERNATIONAL B.V.,)
16  INC., et al.                 )
                                 )
17            Defendants.        )
    _____)
18
```

19     The undersigned, on behalf of their respective clients, hereby
20  stipulate that the time within which defendant Van Eeghen
21  International BV, Inc., can respond to the amended complaint is
22  extended to November 30, 2007.

23  DATED: 11/12/07              PITNEY HARDIN, LLP

24                               S/ROBERT G. ROSE
                            By:  _____
25                               ROBERT G. ROSE

26  DATED: 11/08/07              FELICE, BROWN, EASSA & McLEOD, LLP

27                               S/ROBERT D. EASSA
                            By:  _____
28                               ROBERT D. EASSA

```
DATED: 11/07/07                    CANNON & NELMS, P.C.

                                       S/DERRICK R. STURM
                             By:   _____
                                   DERRICK R. STURM

DATED: 11/07/07                    PAGLIERO & ASSOCIATES
                                   A Professional Corporation

                                       S/CANDACE M. PAGLIERO
                             By:   _____
                                   CANDACE M. PAGLIERO for
                                   JAMES R. PAGLIERO
```

## **ORDER**

THE PARTIES HAVING STIPULATED, the answer of defendant Van Eeghen International BV, Inc., to plaintiff's amended complaint shall be filed no later than 4:00 p.m. on Friday, November 30, 2007.

```
DATED: _November 13, 2007_____
                                      /s/ Ralph R. Beistline
_____           _____
                                      JUDGE RALPH R. BEISTLINE
                                      UNITED STATES DISTRICT COURT
                                      EASTERN DISTRICT OF CALIFORNIA
```

C:\Documents and Settings\HVine\Desktop\06cv1565.o.1113.wpd
#4