ROBERT D. EASSA, Bar No. 107970
SABRINA R. KARELS, Bar No. 248080
**FILICE BROWN EASSA & MCLEOD LLP**
1999 Harrison Street, Suite 1800
Oakland, California  94612-3520
Telephone:     510.444.3131
Facsimile:      510.839.7940

Attorneys for Plaintiff
INTERNATIONAL FLAVORS & FRAGRANCES INC.

ROBERT G. ROSE, ESQ.
**DAY PITNEY LLP**
P.O. Box 1945
Morristown, New Jersey 07962
Telephone:     973-966-6300
Facsimile:      973-966-1015

Attorneys for Plaintiff
INTERNATIONAL FLAVORS & FRAGRANCES INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL FLAVORS & FRAGRANCES INC. ,<br><br>Plaintiff,<br><br>v.<br><br>VAN EEGHEN INTERNATIONAL B.V. and DE FRANCESCO & SONS, INC.,<br><br>Defendants. | Case No.  2:06-CV-01565-JAM-KJM<br><br>**STIPULATION AND ORDER AMENDING PRE-TRIAL SCHEDULING ORDER** |

COME NOW, (1) Plaintiff, INTERNATIONAL FLAVORS & FRAGRANCES, INC.; (2) Defendant VAN EEGHEN INTERNATIONAL B.V.; and (3) Defendant DE FRANCESCO & SONS, INC.; and file this Stipulation requesting the Court to enter an Agreed Order Amending Pre-Trial Scheduling Order in this case and as grounds therefore, would show the Court as follows:

1. At the time the Pre-Trial Scheduling Order was entered, discovery was in very early stages.

PDF created with pdfFactory trial version www.pdffactory.com

2. Since that time, the parties have produced voluminous records and begun initial written discovery. However, the parties are still in the process of exchanging and responding to written discovery. Given the nature of the claims, the parties conclude that depositions and further discovery will be required to clarify the parties' positions on key claims and defenses and to continue to move this case towards resolution by settlement or trial.

3. Parties and material witnesses are located in multiple states including California and New York, and possibly others. Moreover, key witnesses are located in the Netherlands. It will therefore require additional time to coordinate and complete material and key witness discovery. Additionally, depositions of numerous parties and witnesses are expected and the parties are still coordinating with regard to both dates and locations. The nature, scope and complexity of the issues in this case, combined with these widespread locations of percipient parties and witnesses, the thousands of pages of relevant documents and files, and the significant number of parties and witnesses to be deposed underscore the need for a revision of the Pre-Trial Scheduling Order deadlines.

4. The parties jointly submit this Stipulation and Request to revise the existing Pre-Trial Scheduling Order for the dual purposes of: (a) allowing the parties time to continue and complete investigation and discovery, with an emphasis on the key depositions which could facilitate resolution of the case; and (b) permitting the parties to develop a balanced plan for investigation, discovery and depositions (including expert discovery) such that all parties will be prepared for trial by the proposed revised date, in the event that the case does not resolve, and the parties' best efforts notwithstanding.

5. Based on the foregoing, all parties strongly urge the court to extend the current deadlines set out in the Pre-Trial Scheduling Order. The parties jointly and unanimously move that the attached Proposed Amended Pre-Trial Scheduling Order submitted by all parties to be entered by the Court.

6. This motion is not made for purpose of delay, but so that justice may be done. All parties unanimously agree that a reasonable extension is necessary based upon the foregoing.

///

**STIPULATION AND [PROPOSED] ORDER AMENDING PRE-TRIAL SCHEDULING ORDER
2:06-CV-01565-JAM-KJM**

PDF created with pdfFactory trial version www.pdffactory.com

///

| ITEM | CURRENT DATE | REVISED DATE |
|---|---|---|
| Dispositive Motion Filing Deadline | 03/03/2010 | 07/21/2010 |
| Dispositive Motion Hearing | 03/31/2010 | 08/18/2010 |
| Discovery Deadline | 02/03/2010 | 07/02/2010 |
| Disclosure of Expert Witnesses | 12/04/2009 | 04/30/2010 |
| Disclosure of Rebuttal Experts | 12/11/2009 | 05/07/2010 |
| Joint Pre-Trial Statement Deadline | 4/30/2010 | 09/15/2010 |
| Final Pre-Trial Hearing | 05/07/2010 | 09/22/2010 |
| Trial of Matter | 06/14/2010 | 10/25/2010 |

Dated: November _____, 2009

/s/ Sabrina R. Karels
_____
**ROBERT D. EASSA**
**SABRINA R. KARELS**
**ROBERT G. ROSE**
Attorneys for Plaintiff
International Flavors & Fragrances Inc.

Dated: November _____, 2009

/s/  Robert W. Nelms
_____
**ROBERT W. NELMS**
**STEFAN O'GRADY**
Attorney for Defendant
De Francesco & Sons, Inc.

Dated: November _____, 2009

_____
**JAMES R. PAGLIERO**
**CANDACE M. PAGLIERO**
Attorney for Defendant
Van Eeghen International B.V.

///

///

///

///

///

- 3 -

**STIPULATION AND [PROPOSED] ORDER AMENDING PRE-TRIAL SCHEDULING ORDER**
**2:06-CV-01565-JAM-KJM**

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

FOR GOOD CAUSE SHOWN, the Court grants the parties' request for modification of the July 14, 2008 Pre-Trial Scheduling Order as follows:

| ITEM | CURRENT DATE | REVISED DATE |
|---|---|---|
| Dispositive Motion Filing Deadline | 03/03/2010 | 07/21/2010 |
| Dispositive Motion Hearing | 03/31/2010 | 08/18/2010 |
| Discovery Deadline | 02/03/2010 | 07/02/2010 |
| Disclosure of Expert Witnesses | 12/04/2009 | 04/30/2010 |
| Disclosure of Rebuttal Experts | 12/11/2009 | 05/07/2010 |
| Joint Pre-Trial Statement Deadline | 4/30/2010 | 09/15/2010 |
| Final Pre-Trial Hearing | 05/07/2010 | 09/22/2010 at 3:00 P.M. |
| Trial of Matter | 06/14/2010 | 10/25/2010 at 9:00 A.M. |

IT IS SO ORDERED:

Dated: November 19, 2009          /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ

- 4 -

**STIPULATION AND [PROPOSED] ORDER AMENDING PRE-TRIAL SCHEDULING ORDER**
**2:06-CV-01565-JAM-KJM**

PDF created with pdfFactory trial version www.pdffactory.com