1 ROBERT D. EASSA, Bar No. 107970
robert.eassa.service@filicebrown.com
2 OLIVER Q. DUNLAP, Bar No. 225566
oliver.dunlap.service@filicebrown.com
3 SARA G. NOEL, Bar No. 226764
sara.noel.service@filicebrown.com
4 TATUM HUNTER, Bar No. 260349
tatum.hunter.service@filicebrown.com
5 **FILICE BROWN EASSA & MCLEOD LLP**
1999 Harrison Street, Suite 1800
6 Oakland, California  94612-3520
Telephone:     510.444.3131
7 Facsimile:     510.839.7940

8 Attorneys for Plaintiff
INTERNATIONAL FLAVORS & FRAGRANCES
9 INC.

10 ROBERT G. ROSE, ESQ.
**DAY PITNEY LLP**
11 P.O. Box 1945
Morristown, New Jersey 07962
12 Telephone:     973-966-6300
Facsimile:     973-966-1015
13
Attorneys for Plaintiff
14 INTERNATIONAL FLAVORS & FRAGRANCES
INC.

15

16 **UNITED STATES DISTRICT COURT**

17 **EASTERN DISTRICT OF CALIFORNIA**

18

19 INTERNATIONAL FLAVORS &
FRAGRANCES INC.,

Case No.  2:06-CV-01565-JAM-KJM

20                         Plaintiff,

**STIPULATION AND ORDER THAT FOREIGN DEPOSITIONS WILL PROCEED UNDER FEDERAL RULES OF CIVIL PROCEDURE**

21 v.

22

23 VAN EEGHEN INTERNATIONAL B.V.
and DE FRANCESCO & SONS, INC.,

24                         Defendants.

25

26         Pursuant to Federal Rule of Civil Procedure 29, Plaintiff INTERNATIONAL FLAVORS

27 AND FRAGRANCES INC. ("IFF"), by and through its counsel of record; Defendant VAN

28 EEGHEN INTERNATIONAL B.V. ("Van Eeghan"), by and through its counsel of record; and

- 1 -

05876 33320 SGN  627572.1

**STIPULATION AND [PROPOSED] ORDER THAT FOREIGN DEPOSITIONS WILL PROCEED UNDER FEDERAL RULES OF CIVIL PROCEDURE**

PDF created with pdfFactory trial version www.pdffactory.com

1    Defendant DE FRANCESCO & SONS, INC. ("De Francesco"), by and through its counsel of

2    record, HEREBY STIPULATE as follows:

3         The parties agree that mediation of the above-referenced matter is in the best interests of

4    all parties and may facilitate settlement, thus obviating the need for trial, the associated costs to

5    the parties, and unnecessary utilization of judicial resources.

6         The parties further agree that party and percipient witness depositions should be

7    completed in part before mediation, so that the parties can be fully informed of salient testimony

8    and other evidence in preparation for mediation.  The parties have agreed to the Hon. Ronald M.

9    Sabraw (Ret.), at JAMS in San Francisco, California, and will mediate this matter following the

10   completion of the initial round of depositions in The Netherlands and other depositions tentatively

11   scheduled for completion by the end of June 2010.

12        A number of such party and percipient witness depositions will take place in The

13   Netherlands.  Pursuant to Federal Rule of Civil Procedure 28, the party depositions that will occur

14   in The Netherlands may proceed under either the Federal Rules of Civil Procedure, or The Hague

15   Convention.  The parties acknowledge, however, that deposition processes and methods under

16   The Hague Convention are significantly less desirable, and it will likely cause undue burden,

17   delay, and expense for the parties and counsel.

18        Therefore, the parties hereby agree that all party depositions in The Netherlands will

19   proceed under the Federal Rules of Civil Procedure.  The parties further agree that, to the extent

20   third-party percipient witnesses are willing and able to appear without subpoena, the parties will

21   produce such witnesses pursuant to notice.  The parties also agree that the Federal Rules of Civil

22   Procedure will apply whenever such third-party witnesses consent to their application.  To that

23   end, the parties agree to make good faith efforts to secure the agreement of such third-party

24   percipient witnesses (including former employees) to appear without subpoena, to be represented

25   by parties' counsel at deposition, and to proceed under the Federal Rules of Civil Procedure.  To

26   date, counsel for IFF has been authorized to represent such third-party witnesses at deposition and

27   they will appear without subpoena.  Counsel for De Francesco and Van Eeghan have been

28   authorized to represent such third-party witnesses at deposition, if they agree to appear without

FBE&M

4EE MERRITT PLAZA
99 JACKSON STREET
EIGHTEENTH FLOOR
OAKLAND CA 91612-3541
PHONE 510.444.3131

- 2 -

05876 33320 SGN  627572.1

**STIPULATION AND [PROPOSED] ORDER THAT FOREIGN DEPOSITIONS WILL PROCEED UNDER
FEDERAL RULES OF CIVIL PROCEDURE**

PDF created with pdfFactory trial version www.pdffactory.com

1  subpoena.  The parties acknowledge that if the third-party witnesses fail to agree to appear

2  without subpoena, proceeding under The Hague Convention will likely drastically increase the

3  amount of time needed to complete depositions before mediation.  All parties wish to avoid that

4  circumstance.

5          The parties further agree that the depositions taken pursuant to the Federal Rules of Civil

6  Procedure will be taken before a person authorized to administer oaths either by United States

7  federal law, or by the law of the country in which the deposition is taken; that they may take place

8  either at a neutral location, or at one of the parties' office; that they may be recorded by audio and

9  video, and stenographically transcribed verbatim; and that, if necessary, a translator may be used.

10 The party noticing each deposition will be responsible for all such costs associated with that

11 deposition.

12         The parties will use their best efforts to complete the depositions within 7 hours, but if

13 more time is needed (for instance, if the use of a translator is necessary) a deposition may

14 continue on another day until completed.

15         Last, the parties agree that the verbatim deposition transcripts will be admissible in

16 accordance with the provisions of the Federal Rules of Civil Procedure and the Federal Rules of

17 Evidence.

18         Accordingly, pursuant to Local Rule 143, the parties respectfully request that this Court

19 approve the parties' Stipulation.

20                                          Respectfully Submitted,

21

22 Dated:  March ___, 2010                **FILICE BROWN EASSA & McLEOD LLP**

23

24                                   By:    ss/Robert D. Eassa
                                            ROBERT D. EASSA
25                                          OLIVER Q. DUNLAP
                                            SARA G. NOEL
26                                          TATUM  HUNTER
                                            Attorneys for Plaintiff
27                                          INTERNATIONAL FLAVORS &
                                            FRAGRANCES INC.
28

FBE&M
4E2 MERRITT PLAZA
99 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

                                        - 3 -                    05876 33320 SGN  627572.1

**STIPULATION AND [PROPOSED] ORDER THAT FOREIGN DEPOSITIONS WILL PROCEED UNDER
FEDERAL RULES OF CIVIL PROCEDURE**

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  March __, 2010                    **PAGLIERO & ASSOCIATES**


By:    ss/Candace M. Pagliero
       CANDACE M. PAGLIERO
       JAMES R. PAGLIERO
       Attorneys for Defendant
       VAN EEGHAN INTERNATIONAL
       BV


Dated:  March ___, 2010                   **CANNON & NELMS**


By:    ss/Robert W. Nelms
       ROBERT W. NELMS
       STEFAN O'GRADY
       Attorneys for Defendant
       DE FRANCESCO & SONS, INC.


**IT IS SO ORDERED.**


Dated:   March 23, 2010


                                          /s/ John A. Mendez
                                          HON. JOHN A. MENDEZ
                                          U.S. DISTRICT COURT JUDGE

FBE&M
482 MERRITT PLAZA
99 JACKSON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

05876 33320 SGN  627572.1

**STIPULATION AND [PROPOSED] ORDER THAT FOREIGN DEPOSITIONS WILL PROCEED UNDER
FEDERAL RULES OF CIVIL PROCEDURE**

PDF created with pdfFactory trial version www.pdffactory.com