IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

INTERNATIONAL FLAVORS & FRAGRANCES,

    Plaintiff,

vs.

VAN EEGHEN INTERNATIONAL B.V., et al.,

    Defendants.

No. CIV S-06-1565 JAM KJM

<u>ORDER</u>

/

    Plaintiff's motion to compel production of documents came on regularly for hearing July 14, 2010.  Tatum Hunter appeared for plaintiff.  Candace Pagliero appeared for defendant Van Eeghen.  Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

    1.  Defendant shall provide a verified statement reflecting the representation made in court that it does not have in its possession any contracts or agreements signed solely by Robert Keijzer on behalf of defendant, other than the two memoranda of understanding underlying the instant action.  Based on that representation, the motion to compel production of documents, request no. 111, is denied.

1

2. The motion to compel production of documents, requests no. 112 and 113, is granted. Within fourteen days, defendant shall produce responsive documents, subject to the protective order previously entered in this action.

DATED: July 14, 2010.

_____
U.S. MAGISTRATE JUDGE

006
internationalflavors.oah