1 ROBERT W. NELMS, SBN: 118695
STEFAN O'GRADY, SBN: 224615
2 CANNON & NELMS P.C. Attorneys at Law
160 S. Old Springs Road, Suite 200
3 Anaheim, California 92808
Tel: (714) 637-4400
4 Fax: (714) 637-4444

5 Attorneys for Defendant
DE FRANCESCO & SONS, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTERNATIONAL FLAVORS & FRAGRANCES INC., <br><br> Plaintiff, <br><br> v. <br><br> VAN EEGHEN INTERNATIONAL B.V. and DE FRANCESCO & SONS, INC., <br><br> Defendants. | Case No. 2:06-CV-01565-JAM-KJM <br><br> **STIPULATION AND JOINT REQUEST FOR ORDER AMENDING PRE-TRIAL SCHEDULING ORDER** |

Defendant DE FRANCESCO & SONS, INC. ("De Francesco"), by and through its counsel of record; Defendant VAN EEGHEN INTERNATIONAL B.V. ("Van Eeghan"), by and through its counsel of record; and Plaintiff INTERNATIONAL FLAVORS AND FRAGRANCES INC. ("IFF"), by and through its counsel of record, hereby stipulate and respectfully request the Court to enter a Stipulated Order Amending the Pre-Trial Scheduling Order.

The Court previously entered an order amending the pre-trial schedule in this case, on April 12, 2010. The parties request the Court to amend the pre-trial schedule again because good cause exists, as follows:

1. Since the Court previously amended the pre-trial scheduling order, the parties have agreed to schedule the depositions of De Francesco Persons Most Knowledgeable for October 26, and 27, 2010.

- 1 -

**STIPULATION AND JOINT REQUEST FOR [PROPOSED] ORDER AMENDING PRE-TRIAL SCHEDULING ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

2.      The parties continue to cooperate to schedule party and percipient witness depositions in The Netherlands.  Due to trial calendar conflicts of all counsel, availability issues with former employees of Van Eeghen and IFF (former employees comprise the largest component of these depositions) the depositions in The Netherlands could not proceed as initially proposed.  However, the parties have reached another scheduling agreement with respect to these depositions.  The parties have agreed to conduct the first round of depositions in The Netherlands during the first two weeks of November 2010. The international nature of this action, including the foreign locations of percipient parties and witnesses, and the continued good faith cooperation of the parties, militates towards another revision of the Pre-Trial Scheduling Order deadlines.

3.      The parties continue to agree that mediation of this matter is in the best interests of all parties and may facilitate settlement, thus obviating the need for trial, the associated costs to the parties, and unnecessary utilization of judicial resources. The parties have agreed to reschedule the mediation to take place on the first available mutually convenient date following the completion of the depositions in The Netherlands. The parties have agreed upon a mediator: Ret. Judge Ronald M. Sabraw.

4.      The parties jointly submit this Stipulation and Request to revise the existing Pre-Trial Scheduling Order for the purposes of allowing the parties time to complete key depositions and mediation.  In the event the matter does not resolve at mediation, the parties will complete any existing depositions and expert discovery, and be prepared for trial by the proposed revised date.

5.      Based on the foregoing, the parties respectfully move the Court to extend the current deadlines set out in the Pre-Trial Scheduling Order.  The parties jointly and unanimously move that the attached Proposed Amended Pre-Trial Scheduling Order be entered by the Court.

6.      This motion is not made for purposes of delay, but so that justice may be done. All parties unanimously agree that a reasonable extension is necessary based upon the foregoing.

/   /   /

/   /   /

- 2 -

**STIPULATION AND JOINT REQUEST FOR [PROPOSED] ORDER AMENDING PRE-TRIAL SCHEDULING ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

| ITEM | CURRENT DATE | REVISED DATE |
|---|---|---|
| Dispositive Motion Filing Deadline | 01/26/2011 | 05/18/2011 |
| Dispositive Motion Hearing | 02/23/2011 | 06/15/2011 at 9:30 a.m. |
| Discovery Deadline | 02/02/2011 | 06/02/2011 |
| Disclosure of Expert Witnesses | 10/29/2010 | 03/01/2011 |
| Disclosure of Rebuttal Experts | 11/08/2010 | 03/11/2011 |
| Joint Pre-Trial Statement Deadline | 03/15/2011 | 07/22/2011 |
| Final Pre-Trial Hearing | 03/23/2011 | 07/29/2011 at 2:00 p.m. |
| Trial of Matter | 04/25/2011 | 08/29/2011 at 9:00 a.m. |

Accordingly, pursuant to Local Rule 143, the parties respectfully request that this Court approve the parties' Stipulation, and grant the Joint Request to amend the pre-trial scheduling order.

Respectfully Submitted,

Dated:  September 16, 2010         **CANNON & NELMS**


By:      /s/ Robert W. Nelms
         ROBERT W. NELMS
         STEFAN O'GRADY
         Attorneys for Defendant
         DE FRANCESCO & SONS, INC.

- 3 -

**STIPULATION AND JOINT REQUEST FOR [PROPOSED] ORDER AMENDING PRE-TRIAL SCHEDULING ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

Dated: September 15, 2010        **PAGLIERO & ASSOCIATES**

By:     /s/ Candace Pagliero
       CANDACE M. PAGLIERO
       JAMES R. PAGLIERO
       Attorneys for Defendant
       VAN EEGHAN INTERNATIONAL
       BV

Dated: September 15, 2010        **FILICE BROWN EASSA & McLEOD LLP**

By:      /s/ Tatum Hunter
       ROBERT D. EASSA
       SARA G. NOEL
       TATUM HUNTER
       Attorneys for Plaintiff
       INTERNATIONAL FLAVORS &
       FRAGRANCES INC.

**IT IS SO ORDERED.**

Dated:   September 17, 2010

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE

- 4 -

**STIPULATION AND JOINT REQUEST FOR [PROPOSED] ORDER AMENDING PRE-TRIAL SCHEDULING ORDER**

PDF created with pdfFactory trial version www.pdffactory.com