ROBERT W. NELMS, SBN: 118695
STEFAN O'GRADY, SBN: 224615
CANNON & NELMS P.C. Attorneys at Law
160 S. Old Springs Road, Suite 200
Anaheim, California 92808
Tel: (714) 637-4400
Fax: (714) 637-4444

Attorneys for Defendant
DE FRANCESCO & SONS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL FLAVORS & FRAGRANCES INC.,<br><br>Plaintiff,<br><br>v.<br><br>VAN EEGHEN INTERNATIONAL B.V. and DE FRANCESCO & SONS, INC.,<br><br>Defendants. | Case No. 2:06-CV-01565-JAM-KJM<br><br>**STIPULATION AND JOINT REQUEST FOR ORDER AMENDING PRE-TRIAL SCHEDULING ORDER** |

Defendant DE FRANCESCO & SONS, INC. ("De Francesco"), by and through its counsel of record; Defendant VAN EEGHEN INTERNATIONAL B.V. ("Van Eeghan"), by and through its counsel of record; and Plaintiff INTERNATIONAL FLAVORS AND FRAGRANCES INC. ("IFF"), by and through its counsel of record, hereby stipulate and respectfully request the Court to enter a Stipulated Order Amending the Pre-Trial Scheduling Order.

The Court previously entered an order amending the pre-trial schedule in this case, on September 17, 2010. The parties request the Court to amend the pre-trial schedule again because good cause exists, as follows:

1.  Since the Court previously amended the pre-trial scheduling order, the parties have traveled to The Netherlands and taken the following depositions: Willem Van Eeghen, Henri Van Eeghen, Hans Fessl and Lisbeth Van Gorp in Amsterdam. The deposition of Robert Kreijzer was

PDF created with pdfFactory trial version www.pdffactory.com

scheduled and confirmed to be taken during this visit however, Mr. Kreijzer reneged on his agreement to appear for deposition the night before it was to take place and has will have to be deposed under the strictures of the rules and procedures enumerated under The Hague Convention. However the deposition of Lisbeth Van Gorp (produced as a person most qualified concerning communications between IFF and Van Eeghen) was not completed and the decision to complete her deposition is being discussed as a function of the return to The Netherlands to take the deposition of Robert Kreizer under The Hague Convention.

2.     The parties continue to cooperate to schedule party and percipient witness depositions both domestically and abroad.  One witness, Freddie Hyong resides in Costa Rica and unless he can be persuaded to travel to the United States at all parties expense another international trip will be necessary to complete this aspect of discovery.  The deposition of Mario DeFrancesco has not been completed but can be scheduled on a mutually convenient date without controversy. There is also a deposition of a person most qualified at Proctor & Gamble regarding the terms and scope of the settlement of the underlying claims to be scheduled and taken. It is believed that Proctor & Gamble is headquartered in the Midwest.  The international nature of this action, including the foreign locations of percipient parties and witnesses, and the continued good faith cooperation of the parties, militates towards another revision of the Pre-Trial Scheduling Order deadlines.

3.     The parties continue to agree that mediation of this matter is in the best interests of all parties and may facilitate settlement, thus obviating the need for trial, the associated costs to the parties, and unnecessary utilization of judicial resources. The parties have agreed to reschedule the mediation to take place on the first available mutually convenient date following the completion of the depositions in The Netherlands. The parties have agreed upon a mediator: Ret. Judge Ronald M. Sabraw.

4.     The parties jointly submit this Stipulation and Request to revise the existing Pre-Trial Scheduling Order for the purposes of allowing the parties time to complete key depositions and mediation.  In the event the matter does not resolve at mediation, the parties will complete

- 2 -

**STIPULATION AND JOINT REQUEST FOR [PROPOSED] ORDER AMENDING PRE-TRIAL SCHEDULING ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

any existing depositions and expert discovery, and be prepared for trial by the proposed revised date.

    5.    Based on the foregoing, the parties respectfully move the Court to extend the current deadlines set out in the Pre-Trial Scheduling Order.  The parties jointly and unanimously move that the attached Proposed Amended Pre-Trial Scheduling Order be entered by the Court.

    6.    This motion is not made for purposes of delay, but so that justice may be done. All parties unanimously agree that a reasonable extension is necessary based upon the foregoing.

| ITEM | CURRENT DATE | REVISED DATE |
|---|---|---|
| Dispositive Motion Filing Deadline | 05/18/2011 | 11/09/2011 |
| Dispositive Motion Hearing | 06/15/2011 at 9:30 a.m. | 12/07/2011 at 9:30 a.m. |
| Discovery Deadline | 06/02/2011 | 09/07/2011 |
| Disclosure of Expert Witnesses | 03/01/2011 | 07/08/2011 |
| Disclosure of Rebuttal Experts | 03/11/2011 | 07/15/2011 |
| Joint Pre-Trial Statement Deadline | 07/22/2011 | 01/13/2012 |
| Final Pre-Trial Hearing | 07/29/2011 at 2:00 p.m. | 01/20/2012 at 10 a.m. |
| Trial of Matter | 08/29/2011 at 9:00 a.m. | 02/27/2012 at 9:00 a.m. |

Accordingly, pursuant to Local Rule 143, the parties respectfully request that this Court approve the parties' Stipulation, and grant the Joint Request to amend the pre-trial scheduling order.

- 3 -

**STIPULATION AND JOINT REQUEST FOR [PROPOSED] ORDER AMENDING PRE-TRIAL SCHEDULING ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

|   |   |
|---|---|
|   | Respectfully Submitted, |
| Dated:  January 14, 2011 | **CANNON & NELMS** |
|   | By:    /s/ Robert W. Nelms<br>ROBERT W. NELMS<br>STEFAN O'GRADY<br>Attorneys for Defendant<br>DE FRANCESCO & SONS, INC. |
| Dated:  January 14, 2011 | **PAGLIERO & ASSOCIATES** |
|   | By:     /s/ Candace Pagliero<br>CANDACE M. PAGLIERO<br>JAMES R. PAGLIERO<br>Attorneys for Defendant<br>VAN EEGHAN INTERNATIONAL BV |
| Dated: January 14, 2011 | **FILICE BROWN EASSA & McLEOD LLP** |
|   | By:      /s/ Robert Eassa<br>ROBERT D. EASSA<br>Attorneys for Plaintiff<br>INTERNATIONAL FLAVORS & FRAGRANCES INC. |

**IT IS SO ORDERED.**

Dated:  January 14, 2011

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE

- 4 -

**STIPULATION AND JOINT REQUEST FOR [PROPOSED] ORDER AMENDING PRE-TRIAL SCHEDULING ORDER**

PDF created with pdfFactory trial version www.pdffactory.com