1  ROBERT W. NELMS, SBN: 118695
   CANNON & NELMS P.C. Attorneys at Law
2  160 S. Old Springs Road, Suite 200
   Anaheim, California 92808
3  Tel: (714) 637-4400
   Fax: (714) 637-4444
4
5  Attorneys for Defendant
   DE FRANCESCO & SONS, INC.
6
7                    **UNITED STATES DISTRICT COURT**
8                    **EASTERN DISTRICT OF CALIFORNIA**
9
10 | INTERNATIONAL FLAVORS & FRAGRANCES INC., | Case No. 2:06-CV-01565-JAM-KJM |
   |---|---|
11 | Plaintiff, | **STIPULATION AND JOINT REQUEST FOR ORDER AMENDING PRE-TRIAL SCHEDULING ORDER** |
12 | v. | |
13 | VAN EEGHEN INTERNATIONAL B.V. and DE FRANCESCO & SONS, INC., | |
14 | Defendants. | |

16       Defendant DE FRANCESCO & SONS, INC. ("De Francesco"), by and through its
17 counsel of record; Defendant VAN EEGHEN INTERNATIONAL B.V. ("Van Eeghen"), by and
18 through its counsel of record; and Plaintiff INTERNATIONAL FLAVORS AND
19 FRAGRANCES INC. ("IFF"), by and through its counsel of record, hereby stipulate and
20 respectfully request the Court to enter a Stipulated Order Amending the Pre-Trial Scheduling
21 Order.
22       The Court previously entered an order amending the pre-trial schedule in this case, on
23 January 18, 2011. The parties request the Court to amend the pre-trial schedule again because
24 good cause exists, as follows:
25       1.      The parties have traveled to The Netherlands and taken the following depositions:
26 Willem Van Eeghen, Henri Van Eeghen, Hans Fessl and Lisbeth Van Gorp in Amsterdam.
27 However, the deposition of Lisbeth Van Gorp (produced, as was Mr. Fessl, as a person most

- 1 -

**STIPULATION AND JOINT REQUEST FOR [PROPOSED] ORDER AMENDING PRE-TRIAL SCHEDULING ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

qualified concerning communications between IFF and Van Eeghen) was not completed. The deposition of Robert Kiejzer was scheduled and confirmed to be taken during this visit however; Mr. Kiejzer reneged on his agreement to appear for deposition the night before it was to take place and will have to be deposed under the strictures of the rules and procedures enumerated under The Hague Convention. The decision to complete the depositions of Ms. Van Gorp and Mr. Kiejer is being discussed as is the return to The Netherlands to take the deposition of Robert Kreizer under The Hague Convention. There have also been several additional person most qualified type depositions noticed within the last several weeks which may also require counsels' return to Amsterdam to take. Such depositions entail a great deal of planning, lead time and expense.

2. The parties continue to cooperate to schedule party and percipient witness depositions both domestically and abroad. One witness, Freddie Hyong resides in Costa Rica and unless he can be persuaded to travel to the United States at all parties expense another international trip will be necessary to complete this aspect of discovery. His willingness to cooperate is being investigated by counsel for Van Eeghen.

3. The deposition of Mario DeFrancesco has not been completed but is scheduled to occur on June 7, 2011 in Fresno, California. Another Defrancesco & Sons former employee, Ben Duran is currently scheduled to occur on June 8, 2011 in Merced, California.

4. There is also a deposition of a person(s) most qualified at Proctor & Gamble regarding the terms and scope of the settlement of the underlying claims to be scheduled and taken. Though Proctor & Gamble is headquartered in Cincinnati, Ohio the persons most qualified may be located in Europe and we are currently working with counsel at Dinsmore & Shohl, LLP to identify both documents and candidates for the deposition categories.

5. All counsels to this action have been involved in preparation for trial of one type or another since the last amendment to the CMO. Several counsel have filed notices of unavailability and counsel for DeFrancesco is currently expected to answer ready in a two week jury trial commencing June 20, 2011 in Orange County Superior Court. The international nature of this action, including the foreign locations of percipient parties and witnesses, and the

- 2 -

**STIPULATION AND JOINT REQUEST FOR [PROPOSED] ORDER AMENDING PRE-TRIAL SCHEDULING ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

continued good faith cooperation of the parties, militates towards another revision of the Pre-Trial Scheduling Order deadlines.

      6.      The parties continue to agree that mediation of this matter is in the best interests of all parties and may facilitate settlement, thus obviating the need for trial, the associated costs to the parties, and unnecessary utilization of judicial resources. The parties have agreed to reschedule the mediation to take place on the first available mutually convenient date following the completion of the depositions in The Netherlands. The parties have agreed upon a mediator: Ret. Judge Ronald M. Sabraw.

      7.      The parties jointly submit this Stipulation and Request to revise the existing Pre-Trial Scheduling Order for the purposes of allowing the parties time to complete key depositions and mediation. In the event the matter does not resolve at mediation, the parties will complete any existing depositions and expert discovery, and be prepared for trial by the proposed revised date.

      8.      Based on the foregoing, the parties respectfully move the Court to extend the current deadlines set out in the Pre-Trial Scheduling Order. The parties jointly and unanimously move that the attached Proposed Amended Pre-Trial Scheduling Order be entered by the Court.

      9.      This motion is not made for purposes of delay, but so that justice may be done. All parties unanimously agree that a reasonable extension is necessary based upon the foregoing.

| ITEM | CURRENT DATE | REVISED DATE |
|---|---|---|
| Dispositive Motion Filing Deadline | 11/09/2011 | 4/18/2012 |
| Dispositive Motion Hearing | 12/07/2011 at 9:30 a.m. | 5/16/2012 @9:30 a.m. |
| Discovery Deadline | 09/07/2011 | 3/9/2012 |
| Disclosure of Expert Witnesses | 07/08/2011 | 1/13/2012 |
| Disclosure of Rebuttal Experts | 07/15/2011 | 1/20/2012 |

- 3 -

**STIPULATION AND JOINT REQUEST FOR [PROPOSED] ORDER AMENDING PRE-TRIAL SCHEDULING ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

| Joint Pre-Trial Statement Deadline | 01/13/2012 | 6/29/2012 |
| --- | --- | --- |
| Final Pre-Trial Hearing | 01/20/2012 at 10 a.m. | 7/6/2012 at 10 a.m. |
| Trial of Matter | 02/27/2012 at 9:00 a.m. | 8/20/2012 at 9:00 a.m. |

Accordingly, pursuant to Local Rule 143, the parties respectfully request that this Court approve the parties' Stipulation, and grant the Joint Request to amend the pre-trial scheduling order.

Respectfully Submitted,

Dated: May 12, 2011             **CANNON & NELMS**


By:_____/s/_____
       ROBERT W. NELMS
       Attorneys for Defendant
       DE FRANCESCO & SONS, INC.



Dated: May 12, 2011             **PAGLIERO & ASSOCIATES**


By:         _____/s/_____
       CANDACE M. PAGLIERO
       JAMES R. PAGLIERO
       Attorneys for Defendant
       VAN EEGHEN INTERNATIONAL BV

- 4 -

**STIPULATION AND JOINT REQUEST FOR [PROPOSED] ORDER AMENDING PRE-TRIAL SCHEDULING ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: May 12, 2011 | **FILICE BROWN EASSA & McLEOD LLP** |

By: _____/s/_____
ROBERT D. EASSA
DELIA A. ISVORANU
Attorneys for Plaintiff
INTERNATIONAL FLAVORS &
FRAGRANCES INC.

**IT IS SO ORDERED.**

Dated:   May 12, 2011

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE

**STIPULATION AND JOINT REQUEST FOR [PROPOSED] ORDER AMENDING PRE-TRIAL SCHEDULING ORDER**

PDF created with pdfFactory trial version www.pdffactory.com