IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

INTERNATIONAL FLAVORS & FRAGRANCES,

    Plaintiff,

vs.

VAN EEGHEN INTERNATIONAL B.V., et al.,

    Defendants.

No. CIV S-06-1565 JAM CKD

<u>ORDER</u>

    Defendant's motion for sanctions is presently calendared for hearing on September 14, 2011. Upon review of the documents submitted by defendant in support of the motion, it appears that the parties have not engaged in good faith meeting and conferring regarding the issues raised therein. Notwithstanding the provisions of Local Rule 251(e), the parties will be directed to file a stipulation regarding the discovery disagreement.

    Accordingly, IT IS HEREBY ORDERED that:

    1. No later than September 14, 2011, the parties shall engage in a face-to-face meet and confer conference regarding the issues raised in defendant's motion for sanctions. Said conference may be conducted by videoconferencing.

/////

1

1      2. No later than September 28, 2011, the parties shall submit a stipulation re discovery disagreement in conformance with Local Rule 251(c).

      3. Defendant's motion for sanctions is continued to October 12, 2011 at 10:00 a.m. in courtroom no. 26.

Dated: August 30, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
internationalflavors.251