1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

INTERNATIONAL FLAVORS &
11 FRAGRANCES,

12            Plaintiff,                    No. CIV S-06-1565 JAM CKD

13        vs.

14 VAN EEGHEN INTERNATIONAL B.V., et al.,

15            Defendants.                   ORDER

16 _____/

17            Defendant Van Eeghen's motion for sanctions came on regularly for hearing

18 October 12, 2011.  Delia Isvoranu and Robert Eassa appeared for plaintiff.  Candace Pagliero

19 appeared for defendant Van Eeghen.  Robert Nelms appeared telephonically for defendant

20 DeFrancesco, which joined in the motion.  Upon review of the documents in support and

21 opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE

22 COURT FINDS AND ORDERS AS FOLLOWS:

23            1.  The parties agreed that the depositions noticed under Federal Rule of Civil

24 Procedure 30(b)(6) of persons designated by plaintiff as most knowledgeable regarding quality

25 control and damages will proceed in the Netherlands the first week in January, 2012, subject to

26 /////

1

1   the availability of the designated deponents.  No later than October 19, 2011, plaintiff will file a

2   statement with the court confirming the availability of the deponents.[1]

3          2.  Plaintiff's counsel confirmed at the hearing that no person would be designated

4   as a person most knowledgeable relative to contracts between Van Eeghen and International

5   Flavors & Fragrances Netherlands regarding the purchase of onion powder because it is not

6   aware of any written contract between these two entities.[2]

7          3.  Defense counsel requested plaintiff's counsel to refrain from ex parte contact

8   with former employees of defendant Van Eeghen.  That request was honored by plaintiff's

9   counsel, although such prohibition is not required under the ethical rules governing counsel's

10  conduct in this matter.  See E. D. Cal. Local Rule 180(e), California State Bar Rules of

11  Professional Conduct Rule 2-100; see also Continental Insurance Company v. Superior Court, 32

12  Cal. App. 4th 94, 119 (1995).  Defense counsel represented at the hearing that she had offered to

13  represent former employee Robert Keijzer for purposes of deposition and that there was not a

14  formal agreement of retention between counsel and Robert Keijzer.  After speaking with defense

15  counsel prior to his scheduled deposition, Robert Keijzer declined to be deposed.  Under these

16  circumstances, the court relieves plaintiff's counsel from abstaining from ex parte contact with

17  Robert Keijzer.

18         4.  Upon careful review of the correspondence between counsel and the

19  documents submitted in connection with the sanctions motion, the court finds that no

20  sanctionable conduct with respect to the 30(b)(6) depositions has occurred and that an award of

21

22         [1]  Under the order amending the pre-trial scheduling order (dkt. no. 158), expert
    disclosure is scheduled for January 13, 2012.  In light of the scheduling of the depositions at
23  issue, the court recommends to the district court that the expert disclosure date be modified
    should the parties so stipulate.
24
           [2]  Upon review of the language set forth in the deposition notice, the court finds plaintiff's
25  response to be appropriate.  Although defense counsel at the hearing expanded the scope of the
    testimony that was sought by the deposition notice, the meaning ascribed by defense counsel is
26  not fairly encompassed by the actual language used in the notice.

1  expenses is not warranted considering all of the circumstances reflected in the record before the

2  court.  The motion for sanctions (dkt. no. 160) is denied.

3   Dated: October 13, 2011

4

5                                                    CAROLYN K. DELANEY
                                                     UNITED STATES MAGISTRATE JUDGE
6

7

8  4
   internationalflavors.oah
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26