ROBERT W. NELMS, SBN: 118695
CANNON & NELMS P.C. Attorneys at Law
160 S. Old Springs Road, Suite 200
Anaheim, California 92808
Tel: (714) 637-4400
Fax: (714) 637-4444

Attorneys for Defendant
DE FRANCESCO & SONS, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

INTERNATIONAL FLAVORS & FRAGRANCES INC.,

Plaintiff,

v.

VAN EEGHEN INTERNATIONAL B.V. and DE FRANCESCO & SONS, INC.,

Defendants.

Case No. 2:06-CV-01565-JAM-KJM

**STIPULATION AND JOINT REQUEST FOR ORDER AMENDING PRE-TRIAL SCHEDULING ORDER**

Defendant DE FRANCESCO & SONS, INC. ("De Francesco"), by and through its counsel of record; Defendant VAN EEGHEN INTERNATIONAL B.V. ("Van Eeghen"), by and through its counsel of record; and Plaintiff INTERNATIONAL FLAVORS AND FRAGRANCES INC. ("IFF"), by and through its counsel of record, hereby stipulate and respectfully request the Court to enter a Stipulated Order Amending the Pre-Trial Scheduling Order.

The Court previously entered an order amending the pre-trial schedule in this case, on October 19, 2011. The parties request the Court to amend the pre-trial schedule again because good cause exists, as follows:

1. On or about Thursday, February 2, 2012 counsel for Defendant DE FRANCESCO & SONS, INC. was contacted by Ron Oshiro, C.P.A. of Hagen Strief Newton & Oshiro (hereafter "HSNO"), the intended expert witness designee for Defendant DE FRANCESCO & SONS, INC.



PDF created with pdfFactory trial version www.pdffactory.com

with whom counsel had been working for well over a year, and was informed that he was retiring from his accounting and forensic testimony practice within two weeks and that he would be unable and unwilling to continue to work as a retained consultant and later expert witness designee. There was no prior indication or disclosure of such impending retirement despite having consulted with Mr. Oshiro shortly before leaving for additional depositions conducted in Amsterdam, The Netherlands between the dates of December 31, 2011 and January 8, 2012. Mr. Oshiro has since that date retired from any active practice in HSNO.

2. Since the current expert disclosure date is February 24, 2012 and the number of documents to review, analyze and provide expert testimony numbers literally in the thousands there is insufficient time for a new consultant/expert to be retained, review these materials in a professionally competent manner and provide an expert opinion in compliance with F.R.C.P. Rule 26, counsel for Defendant DE FRANCESCO & SONS, INC. contacted the attorneys of record for the other parties and disclosed this situation as soon as it became apparent that the situation was immutable and untenable. The parties by and through their respective counsels of record have agreed to stipulate to the dates set forth below, which retains all of the prior dates except the expert disclosure dates.

3. The parties continue to agree that mediation of this matter is in the best interests of all parties and may facilitate settlement, thus obviating the need for trial, the associated costs to the parties, and unnecessary utilization of judicial resources. The parties have agreed to reschedule the mediation to take place on the first available mutually convenient date. The parties have agreed upon a mediator: Ret. Judge Ronald M. Sabraw.

4. The parties jointly submit this Stipulation and Request to revise the existing Pre-Trial Scheduling Order for the purposes of allowing Defendant DE FRANCESCO & SONS, INC. sufficient time to replace its intended accounting expert.

5. Based on the foregoing, the parties respectfully move the Court to extend the current deadlines set out in the Pre-Trial Scheduling Order *vis-à-vis* expert disclosure. The parties jointly and unanimously move that the attached Proposed Amended Pre-Trial Scheduling Order be entered by the Court.



PDF created with pdfFactory trial version www.pdffactory.com

6. This motion is not made for purposes of delay, but so that justice may be done. All parties unanimously agree that a reasonable extension is necessary based upon the foregoing.

| ITEM | CURRENT DATE | REVISED DATE |
|---|---|---|
| Dispositive Motion Filing Deadline | 5/23/12 | 5/23/12 |
| Dispositive Motion Hearing | 6/20/12 at 9:30 a.m. | 6/20/12 at 9:30 a.m. |
| Discovery Deadline | 4/20/12 | 4/20/12 |
| Disclosure of Expert Witnesses | **2/24/12** | **3/23/12** |
| Disclosure of Rebuttal Experts | **3/2/12** | **3/30/12** |
| Joint Pre-Trial Statement Deadline | 7/27/12 | 7/27/12 |
| Final Pre-Trial Hearing | 8/3/12 at 11:00 a.m. | 8/3/12 at 11:00 a.m. |
| Trial of Matter | 9/10/12 at 9:00 a.m. | 9/10/12 at 9:00 a.m. |

Accordingly, pursuant to Local Rule 143, the parties respectfully request that this Court approve the parties' Stipulation, and grant the Joint Request to amend the pre-trial scheduling order.

Respectfully Submitted,

Dated: February 10, 2012

**CANNON & NELMS**

/s/ Robert W. Nelms

By:__________________________

ROBERT W. NELMS
Attorneys for Defendant
DE FRANCESCO & SONS, INC.



PDF created with pdfFactory trial version www.pdffactory.com

Dated: February 10, 2012

**PAGLIERO & ASSOCIATES**

By: /s/ Candace M. Pagliero
CANDACE M. PAGLIERO
JAMES R. PAGLIERO
Attorneys for Defendant
VAN EEGHEN INTERNATIONAL BV

Dated: February 10, 2012

**FILICE BROWN EASSA & McLEOD LLP**

By: /s/ Robert D. Eassa
ROBERT D. EASSA
DELIA A. ISVORANU
Attorneys for Plaintiff
INTERNATIONAL FLAVORS & FRAGRANCES INC.

**IT IS SO ORDERED.**

Dated: February 10, 2012

/s/ John A. Mende
HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE



PDF created with pdfFactory trial version www.pdffactory.com