ROBERT D. EASSA, Bar No. 107970
reassa@browneassa.com
DELIA A. ISVORANU, Bar No. 226750
disvoranu@browneassa.com
**BROWN EASSA & McLEOD LLP**
1999 Harrison Street, Suite 1800
Oakland, California  94612-3520
Telephone:     510.444.3131
Facsimile:      510.839.7940

Attorneys for Plaintiff
INTERNATIONAL FLAVORS & FRAGRANCES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL FLAVORS & FRAGRANCES INC., <br><br> Plaintiff, <br><br> v. <br><br> VAN EEGHEN INTERNATIONAL B.V. and DE FRANCESCO & SONS, INC., <br><br> Defendants. | Case No.  2:06-CV-01565-JAM-KJM <br><br> **STIPULATION AND JOINT REQUEST FOR ORDER AMENDING PRE-TRIAL SCHEDULING ORDER** |

Plaintiff INTERNATIONAL FLAVORS AND FRAGRANCES INC. ("IFF"), by and through its counsel of record, Defendant DE FRANCESCO & SONS, INC. ("De Francesco"), by and through its counsel of record; and Defendant VAN EEGHEN INTERNATIONAL B.V. ("Van Eeghen"), by and through its counsel of record; hereby stipulate and respectfully request the Court to enter a Stipulated Order Amending the Pre-Trial Scheduling Order.

The Court previously entered an order amending the pre-trial schedule in this case, on February 13, 2012.  The parties request the Court to amend the pre-trial schedule again—relating only to the completion of expert discovery and for Van Eeghen to move to compel responses from IFF to Van Eeghen's pending Requests for Admissions (Set Four), if a motion is necessary—because good cause exists, as follows:

- 1 -

**STIPULATION AND JOINT REQUEST FOR [PROPOSED] ORDER
AMENDING PRE-TRIAL SCHEDULING ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

1.  On March 23, 2012, pursuant to the Court's prior pre-trial scheduling order, the parties Timely served Expert Disclosures. The parties collectively disclosed *seven* retained and non-retained experts. Rebuttal disclosures were due on March 30, 2012.

2.  Expert discovery is currently scheduled to close on April 20, 2012.

3.  At least two of the disclosed experts are located out of state. The remainder reside throughout California, in various locations that will still require extensive scheduling and travel.

4.  At the time of the February 12, 2012, scheduling order, the parties did not anticipate and had no way to know of 1) the number of experts that would be collectively disclosed, and 2) their various locations.

5.  Additionally, there are several scheduling conflicts. For example, De Francesco's expert is out of town from April 14-19, 2012.  Counsel for IFF is scheduled to commence a three-week trial on April 16, 2012. Counsel for De Francesco likewise has a trial scheduled for mid-May, 2012.

6.  As a result, despite best efforts, it will not be possible for the parties to depose all experts by the current date completion date of April 20, 2012, because there is insufficient time to do so.

7.  The parties, by and through their respective counsels of record, have met and conferred and have agreed to stipulate to the dates set forth below, which retains all of the prior dates except the expert discovery and discovery motion date should Van Eeghen need to file a Motion to Compel with regard to IFF's responses to Van Eeghen's pending Requests for Admissions (Set Four).

8.  The parties continue to agree that mediation of this matter is in the best interests of all parties and may facilitate settlement, thus obviating the need for trial, the associated costs to the parties, and unnecessary utilization of judicial resources. The parties have agreed to reschedule the mediation to take place on the first available mutually convenient date. The parties have agreed upon a mediator: Retired Judge Ronald M. Sabraw.

9.  The parties jointly submit this Stipulation and Request to revise the existing Pre-Trial Scheduling Order for the purposes of allowing sufficient time for the parties to complete expert

**STIPULATION AND JOINT REQUEST FOR [PROPOSED] ORDER
AMENDING PRE-TRIAL SCHEDULING ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

discovery, for Van Eeghen to file any Motion to Compel further responses from IFF to Van Eeghen's pending Requests for Admissions (Set Four), if a motion is necessary.

10. Based on the foregoing, the parties respectfully move the Court to extend the current deadlines set out in the Pre-Trial Scheduling Order *vis-à-vis* expert discovery and the deadline for Van Eeghen to file any Motion to Compel further responses to Van Eeghen's Requests for Admissions (Set Four), if a motion is necessary.  The parties jointly and unanimously move that the attached Proposed Amended Pre-Trial Scheduling Order be entered by the Court.

11. This motion is not made for purposes of delay, but so that justice may be done. All parties unanimously agree that a reasonable extension is necessary based upon the foregoing.

| ITEM | CURRENT DATE | REVISED DATE |
|---|---|---|
| Discovery Deadline | 4/20/12 | **6/1/12** |
| Dispositive Motion Filing Deadline | 5/23/12 | 5/23/12 |
| Dispositive Motion Hearing | 6/20/12 at 9:30 a.m. | 6/20/12 at 9:30 a.m. |
| Joint Pre-Trial Statement Deadline | 7/27/12 | 7/27/12 |
| Final Pre-Trial Hearing | 8/3/12 at 11:00 a.m. | 8/3/12 at 11:00 a.m. |
| Trial of Matter | 9/10/12 at 9:00 a.m. | 9/10/12 at 9:00 a.m. |

Accordingly, pursuant to Local Rule 143, the parties respectfully request that this Court approve the parties' Stipulation, and grant the Joint Request to amend the pre-trial scheduling order.

Respectfully Submitted,

Dated:  April 9, 2012                **CANNON & NELMS**

/s/  Robert Nelms
By:_____
ROBERT W. NELMS
Attorneys for Defendant
DE FRANCESCO & SONS, INC.

- 3 -

**STIPULATION AND JOINT REQUEST FOR [PROPOSED] ORDER
AMENDING PRE-TRIAL SCHEDULING ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  April 9, 2012 **PAGLIERO & ASSOCIATES**

By:  /s/ Candace Pagliero
 ───────────────────────
 CANDACE M. PAGLIERO
 JAMES R. PAGLIERO
 Attorneys for Defendant
 VAN EEGHEN INTERNATIONAL BV

Dated: April 9, 2012 **FILICE BROWN EASSA & McLEOD LLP**

By:  /s/ Delia Isvoranu
 ───────────────────────
 ROBERT D. EASSA
 DELIA A. ISVORANU
 Attorneys for Plaintiff
 INTERNATIONAL FLAVORS & FRAGRANCES INC.

**IT IS SO ORDERED.**

Dated:  April 9, 2012

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE