ROBERT D. EASSA, Bar No. 107970
reassa@browneassa.com
DELIA A. ISVORANU, Bar No. 226750
disvoranu@browneassa.com
**BROWN EASSA & McLEOD LLP**
1999 Harrison Street, Suite 1800
Oakland, California 94612-3520
Telephone:   510.444.3131
Facsimile:    510.839.7940

Attorneys for Plaintiff
INTERNATIONAL FLAVORS
& FRAGRANCES INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL FLAVORS & FRAGRANCES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VAN EEGHEN INTERNATIONAL B.V. and DE FRANCESCO & SONS, INC.,<br><br>Defendants | Case No.  2:06-CV-01565-JAM-CKD<br><br>**ORDER REGARDING CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date:<br>Time:<br><br>Hon. John A. Mendez |

  Plaintiff International Flavors & Fragrances, Inc. ("IFF") filed a Motion for Summary Judgment/Adjudication against both Defendant Van Eeghen International B.V. ("Van Eeghen") and Defendant DeFrancesco & Sons, Inc. ("DeFrancesco"). Van Eeghen also filed a Motion for Summary Judgment/Summary Adjudication against IFF. Defendant DeFrancesco did not file any dispositive motion.

  Following full briefing, oppositions, and replies by the parties, IFF's and Van Eeghen's Cross-Motions for Summary Judgment came on for hearing on June 27, 2012, Hon. John A. Mendez presiding. Having considered all of the supporting papers filed by all parties and the oral arguments of counsel, the Court ruled as follows, granting and denying the Cross-Motions as

PDF created with pdfFactory trial version www.pdffactory.com

reflected in the official Reporter's Transcript of the June 27, 2012 hearing (Doc. #247) (filed in the Court's docket on July 25, 2012), a true and correct copy of which is attached hereto and incorporated by reference herein:

- Van Eeghen's Motion is denied in its entirety.
- IFF's Motion is granted as to all causes of action as against Van Eeghen—other than the previously dismissed claim for products liability (third count)—including Breach of Express Warranty (first count), Breach of Implied Warranty (second count), Contractual Indemnification (fourth count), Common Law Indemnification (fifth count), Negligent Misrepresentation (sixth count), Breach of the Covenant of Good Faith and Fair Dealing (seventh count), and Common Law Fraud (eighth count).
- IFF's Motion is denied in its entirety as against DeFrancesco.
- On its own motion, the Court dismissed IFF's claims for Contractual Indemnification (fourth count) and Breach of the Covenant of Good Faith and Fair Dealing (seventh count) asserted against DeFrancesco.

All parties have reviewed this Proposed Order and have approved it as to form.

It is so ORDERED, ADJUDGED, and DECREED.

Dated: August 3, 2012

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com